# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re: <br>     Predictive Technology Group, Inc. <br>         Debtor(s). <br><br> Bestek Products, LLC <br>         Plaintiff(s), <br><br>     v. <br><br> Predictive Technology Group, Inc. et al. <br>         Defendant(s). | Case No. 23−25147 KRA <br> Chapter 7 <br><br><br><br> Adv. Proc. No. 24−02017 |

## NOTICE OF INITIAL PRETRIAL CONFERENCE AND ORDER FIXING DATE OF FILING REPORT OF PARTIES' PLANNING MEETING

    PLEASE TAKE NOTICE that the Initial Pretrial Conference scheduled in this adversary proceeding shall come on for hearing before the Honorable Kevin R. Anderson, on March 19, 2024, at 10:00 AM, at This meeting is by Zoom. Go to, ZoomGov.com/join or call 1+(669)254−5252, Enter Meeting ID 160 3007 6397, Passcode 6001201 . It is

    ORDERED that the parties shall comply with Fed.R.Civ.P. 26(f) and file a Report of Parties' Planning Meeting on or before March 8, 2024 . It is further

    ORDERED that the parties shall have complied with the disclosure requirements of Fed.R.Bankr.P. 7007.1, if applicable, by the time scheduled for the Initial Pretrial Conference.

    The Report of Parties' Planning Meeting shall be in substantially the same format as promulgated by the Fed.R.Civ.P. 26(f). See <u>Local Form 7016−1</u> located on the Court's website under https://www.utb.uscourts.gov/local−forms−fillable−2017.

    The Court may impose appropriate sanctions for failure to file a conforming Report of Parties' Planning Meeting, failure to attend the Initial Pretrial Conference, or for non−compliance with Fed.R.Bankr.P. 7007.1.

Dated and Entered on: February 8, 2024

*Kevin R. Anderson*

United States Bankruptcy Judge  ()